# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANTON ARMSTRONG,

    Petitioner,

vs.

ROBIN KNAB, Warden,
Chillicothe Correctional Institution,

    Respondent.

Case No. 3:08cv00254

District Judge Timothy S. Black
Magistrate Judge Sharon L. Ovington

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no Objections have been filed thereto and that the time for filing such Objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 10, 2010 (Doc. #8) is **ADOPTED** in full;

2. Anton Armstrong's Petition for a Writ of Habeas Corpus (Doc. #1) is **DENIED** and **DISMISSED**;

3. Armstrong's Motion to Clarify (Doc. #6) is **DENIED** as moot;

4. A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

5. The case is terminated on the docket of this Court.

*Timothy S. Black*
Timothy S. Black
United States District Judge