UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTON ARMSTRONG, | : | Case No. 3:08cv00254 |
| Petitioner, | : | District Judge Timothy S. Black |
| | | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| ROBIN KNAB, Warden,<br>Chillicothe Correctional Institution, | : | |
| | : | |

**DECISION AND ENTRY**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no Objections have been filed thereto and that the time for filing such Objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 17, 2010 (Doc. #13) is **ADOPTED** in full;

2. Petitioner's Motion to Re-Open (Doc. #11) is GRANTED and this case is Re-Opened on the docket of this Court; and

3. Petitioner shall file Objections, if any, to the first Report and Recommendations (Doc. #8) **on or before December 23, 2010**.

Date: 12/16/10

Timothy S. Black
United States District Judge